**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON**

CASE NO. 02-06-CV-51

CRAIG WHITE                                                                                         Plaintiff,

    v.

CRANE KEMLITE                                                                                    Defendant.

**STIPULATION OF DISMISSAL**
**(Electronic Filing)**

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this action, with prejudice. Each party shall bear its own costs.

                                            Respectfully submitted,

                                            s/ Martin McHenry
                                            (by email authorization 3/13/07)
                                            Martin McHenry (0022543)
                                            Haverkamp, Brinker, Rebold & Riehl Co. LPA
                                            5856 Glenway Avenue
                                            Cincinnati, Ohio 45238
                                            (513) 922-3200
                                            mmchenr@hbrr-law.com

                                            Trial Attorney for Plaintiff


                                            s/ Mark E. Lutz
                                            Mark E. Lutz (82944)
                                            Denlinger, Rosenthal & Greenberg Co., L.P.A.
                                            425 Walnut Street, Suite 2300
                                            Cincinnati, Ohio 45202
                                            (513) 621-3440/FAX (513) 621-4449
                                            lutz@drgfirm.com

                                            Trial Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2007, I electronically filed a copy of this document through the ECF system, which will send a notice of electronic filing to Martin McHenry, Attorney for Plaintiff.

                                        s/Mark E. Lutz
                                        Mark E. Lutz
                                        Attorney for Defendant
                                        Denlinger, Rosenthal & Greenberg
                                        425 Walnut Street Suite No. 2300
                                        Cincinnati, Ohio 45202
                                        513/621-3440
                                        lutz@drgfirm.com

112906.0